929 A.2d 1091

IN THE MATTER OF SEYMOUR WASSERSTRUM, AN ATTORNEY AT LAW (ATTORNEY NO. 005251973).

September 10, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–064, concluding that **SEYMOUR WASSERSTRUM** of **VINELAND**, who was admitted to the bar of this State in 1973, should be reprimanded for violating *RPC* 1.5(c)(failure to memorialize fee agreement) and *RPC* 1.2(c)(failure to allocate responsibility for transferred cases and to obtain client's consent to reduced scope of representation), and good cause appearing;

It is ORDERED that **SEYMOUR WASSERSTRUM** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

398

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.